**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-2098

MARIA R. BARRERA,

                    Plaintiff - Appellant,

          v.

PATRICIA GETTY, Ph.D., Acting Division Director; BEVERLY
FALLIK, Ph.D., Acting Branch Chief; NANCY KENNEDY, Dr., P.H.
Senior Public Health Advisor; SUBSTANCE ABUSE AND MENTAL
HEALTH SERVICES ADMINISTRATION; UNITED STATES OF AMERICA,

                    Defendants – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge.   (8:08-cv-03347-PJM)

Submitted:  December 17, 2009      Decided:  December 23, 2009

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Maria R. Barrera, Appellant Pro Se.   Thomas Harold Barnard,
Allen F. Loucks, Assistant United States Attorneys, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maria R. Barrera appeals the district court's order granting Defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Barrera v. Getty</u>, No. 8:08-cv-03347-PJM (D. Md. Aug. 13, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>